01

02

03

04

05

06

07                                 UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
08                                            AT SEATTLE

09   YOUNG YIL JO,

10                        Plaintiff,           Case No.   C12-2219-MJP-JPD

11          v.
                                               REPORT AND RECOMMENDATION
12   SIX UNKNOWN AGENTS, *et al.*,

13                        Defendants.

14

15          On December 19, 2012, plaintiff Young Yil Jo submitted to this Court for filing a

16   proposed civil rights complaint.   (*See* Dkt. No. 1.)   However, plaintiff failed to submit with

17   his complaint either the $350 filing fee or an application for leave to proceed with this action *in*

18   *forma pauperis*.   Accordingly, the Clerk sent plaintiff a letter advising him that he would have

19   to submit either the entire filing fee, or an application for *in forma pauperis* status, on or before

20   January 18, 2013, and that his failure to do so could result in dismissal of this case.   (Dkt. No.

21   3.)   The Clerk also sent plaintiff the appropriate *in forma pauperis* application form.   (*See*

22

REPORT AND RECOMMENDATION
PAGE - 1

01  Dkt. No. 3.)   To date, plaintiff has submitted neither the filing fee nor an application for leave

02  to proceed *in forma pauperis*.

03          As plaintiff has had ample time to comply with the filing fee requirement, but has failed

04  to do so, this Court recommends that the instant action be dismissed without prejudice for

05  failure to prosecute.   A proposed order accompanies this Report and Recommendation.

06          DATED this 8th day of February, 2013.

07

08                                                  _____
                                                    JAMES P. DONOHUE

09                                                  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE - 2