01

02

03

04

05

06

07

08                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
09                                    AT SEATTLE

10   YOUNG YIL JO,

11                          Plaintiff,            Case No.   C12-2219-MJP

12          v.
                                                  ORDER DISMISSING ACTION
13   SIX UNKNOWN AGENTS, *et al.*,

14                          Defendants.

15

16          The Court, having reviewed the Report and Recommendation of the Honorable James

17   P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and

18   ORDER:

19          (1)     The Court adopts the Report and Recommendation

20          (2)     This matter is DISMISSED, without prejudice, for failure to prosecute.

21   //

22   //

ORDER DISMISSING ACTION
PAGE - 1

01          (3)     The Clerk is directed to send copies of this Order to plaintiff and to the

02  Honorable James P. Donohue.

03          DATED this 8th day of March, 2013.

04

05                                                       _____
                                                         Marsha J. Pechman

06                                                       Chief United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING ACTION
PAGE - 2