01
02
03
04
05
06
07
08              UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
09                    AT SEATTLE

10   YOUNG YIL JO,

11                            Plaintiff,          Case No.   C12-2219-MJP

12          v.
                                                  ORDER DISMISSING ACTION
13   SIX UNKNOWN AGENTS, *et al.*,

14                            Defendants.

15

16          The Court, having reviewed the Report and Recommendation of the Honorable James

17   P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and

18   ORDER:

19          (1)     The Court adopts the Report and Recommendation

20          (2)     This matter is DISMISSED, without prejudice, for failure to prosecute.

21   //

22   //

ORDER DISMISSING ACTION
PAGE - 1

01          (3)     The Clerk is directed to send copies of this Order to plaintiff and to the

02  Honorable James P. Donohue.

03          DATED this 8th day of March, 2013.

04

05                                                  Marsha J. Pechman
                                                    Chief United States District Judge
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING ACTION
PAGE - 2